IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR83-VPM |
| | ) | (18 U.S.C. 641) |
| KELLEY T WARD | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

### COUNT

On or about the 7th day of February 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **KELLEY T WARD** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

RECEIVED
2006 MAR 24 A 8: 45
DEBRA P. HACKETT, CL
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 7 February 2006, via closed circuit video monitors, I observed KELLEY T WARD shopping with Christine Haynes. WARD picked up two testers from a box on the bottom shelf of a display, walked to other side of the cosmetics display and placed them in her pocket. WARD then picked up a third tester from the display and placed it in her pocket. WARD and Haynes then went to the fitting room area. WARD and Haynes left the fitting room area and walked around the store some more. WARD and Haynes then left the store without paying for anything. While exiting the store, Haynes triggered the electronic security gate. I detained them in the lobby and escorted them to the manager's office. Security forces responded. WARD pulled out two Este Lauder samples of concealer valued at $10 each and one sample of Clinique coverup valued at $13. The value of the three testers was $33.00.

*Robert S. Smith*
ROBERT SMITH

Subscribed and sworn to before me this 16th day of March, 2006.

*[signature]*
Notary Public
State of Alabama

**NOTARY PUBLIC STATE OF ALABAMA AT LARGE**
**MY COMMISSION EXPIRES: July 19, 2009**
**BONDED THRU NOTARY PUBLIC UNDERWRITERS**